# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Hilary Best on Behalf of Sean Combs

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

United States of America

(List the full name(s) of the defendant(s)/respondent(s).)

24 CV 07830 (JGK)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Petitioner, Hilary Best on Behalf of Sean Combs

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☑ judgment ☑ order entered on: 10/ 23 & 24/2024, and 10/29/2024

(date that judgment or order was entered on docket)

that: denied habeas corpus relief and Motion for Reargument of Petition for Habeas Corpus relief on grounds not permitted by 28 U.S.C. 2242.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

10/30/2024
Dated

Best, Hilary
Name (Last, First, MI)

Post Office Box 751072   Forest Hills   New York   11375
Address                  City           State      Zip Code

(718) 807-4205                    best-paralegal@gmail.com
Telephone Number                  E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Oct 30, 2024 4:17PM

HILARY BEST

Rcpt. No: 34195          Trans. Date: Oct 30, 2024 4:17PM          Cashier ID: #SS

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |

Total Due Prior to Payment: $605.00
Total Tendered: $605.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: 24CV07830 JGK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

CLOSED,APPEAL,HABEAS,ECF,PRO–SE

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24–cv–07830–JGK

| | |
|---|---|
| Best, on behalf of Sean Combs v. United States of America | Date Filed: 10/15/2024 |
| Assigned to: Judge John G. Koeltl | Date Terminated: 10/24/2024 |
| Cause: 28:2241fd Petition for Writ of Habeas Corpus (Federal) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: U.S. Government Defendant |

**Petitioner**

**Hilary Best**  represented by **Hilary Best**
*on behalf of*  Post Office Box 751072
Sean Combs  Forest Hills, NY 11375
 PRO SE

V.

**Respondent**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2024 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. (Filing Fee $ 5.00, Receipt Number 33692)Document filed by Hilary Best.(tro) (Entered: 10/22/2024) |
| 10/15/2024 | 2 | CIVIL COVER SHEET filed. (tro) (Entered: 10/22/2024) |
| 10/15/2024 | | Magistrate Judge Robyn F. Tarnofsky is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (tro) (Entered: 10/22/2024) |
| 10/15/2024 | | Case Designated ECF. (tro) (Entered: 10/22/2024) |
| 10/17/2024 | 4 | AFFIDAVIT OF SERVICE of Summons and Petition for Writ of Habeas Corpus. United States of America served on 10/16/2024, answer due 11/6/2024. Service was made by Mail. Document filed by Hilary Best. (tro) (Entered: 10/22/2024) |
| 10/22/2024 | | Case Designated ECF. (tro) (Entered: 10/22/2024) |
| 10/22/2024 | 3 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24–MISC–127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self–represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self–represented plaintiff is no longer valid, the court may issue an |

| | | |
|---|---|---|
| | | Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self−represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 3/18/2024) (tro) (Entered: 10/22/2024) |
| 10/22/2024 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self−represented party who has not consented to electronic service, the filing party must serve the document on such self−represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information..(tro) (Entered: 10/22/2024) |
| 10/23/2024 | | MAILING RECEIPT: Document No: 3. Mailed to: Hilary Best Post Office Box 751072 Forest Hills, NY 11375. (ak) (Entered: 10/23/2024) |
| 10/23/2024 | 5 | ORDER: For the foregoing reasons, Best's petition for a writ of habeas corpus on behalf of Combs is dismissed without prejudice. The Clerk is directed to close this case. SO ORDERED. (Signed by Judge John G. Koeltl on 10/23/2024) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 10/24/2024) |
| 10/23/2024 | 9 | LETTER addressed to Judge John G. Koeltl from Hilary Best dated 10/23/2024 re: Request for hearing regarding federal habeas corpus relief. Document filed by Hilary Best. (ar) (Entered: 10/30/2024) |
| 10/24/2024 | 6 | CLERK'S JUDGMENT re: 5 Order of Dismissal,. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated October 23, 2024, Best's petition for a writ of habeas corpus on behalf of Combs is dismissed without prejudice; According, the case is closed. (Signed by Acting Clerk of Court Daniel Ortiz on 10/24/2024) (Attachments: # 1 Notice of right to appeal) (nd) (Entered: 10/24/2024) |
| 10/25/2024 | | MAILING RECEIPT: Document No: 5,6. Mailed to: Hilary Best Post Office Box 751072 Forest Hills, NY 11375. (tn) (Entered: 10/25/2024) |
| 10/25/2024 | 7 | NOTICE OF MOTION TO REOPEN CASE. Document filed by Hilary Best..(nb) (Entered: 10/28/2024) |
| 10/29/2024 | 8 | ORDER denying 7 Motion to Reopen Case. The petitioner, Hilary Best, brought a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking the release of hip hop artist Sean Combs on bail. ECF No. 1. This Court dismissed the petition without prejudice, concluding that the petitioner had not demonstrated that the petitioner was an appropriate "next friend" to Combs. ECF No. 5. The petitioner now moves to re−open the case. ECF No. 7. The petitioner has failed to satisfy the requirements of next friend standing, see Whitmore v. Arkansas, 495 U.S. 149, 163−64 (1990), and accordingly, the petitioner's motion to reopen the case is denied. SO ORDERED.. (Signed by Judge John G. Koeltl on 10/29/2024) (ks) (Entered: 10/29/2024) |
| 10/30/2024 | | MAILING RECEIPT: Document No: 8. Mailed to: Hilary Best Post Office Box 751072 Forest Hills, NY 11375. (Entered: 10/30/2024) |
| 10/30/2024 | 10 | NOTICE OF APPEAL from 8 Order on Motion to Reopen Case,, 6 Clerk's Judgment, 5 Order of Dismissal,. Document filed by Hilary Best. Filing fee $ 605.00, receipt number 34195. Form D−P is due within 14 days to the Court of Appeals, Second Circuit..(nd) (Entered: 10/30/2024) |
| 10/30/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 10 Notice of Appeal,..(nd) (Entered: 10/30/2024) |
| 10/30/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 10 Notice of Appeal, filed by Hilary Best were transmitted to the U.S. Court of Appeals..(nd) (Entered: 10/30/2024) |