```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

HILARY BEST ON BEHALF OF SEAN COMBS,

          Petitioner,

- against -

UNITED STATES OF AMERICA,

          Respondent.

------------------------------------

24-cv-7830 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The petitioner, Hilary Best, brought a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking the release of hip hop artist Sean Combs on bail. ECF No. 1. This Court dismissed the petition without prejudice, concluding that the petitioner had not demonstrated that the petitioner was an appropriate "next friend" to Combs. ECF No. 5. The petitioner now moves to re-open the case. ECF No. 7.

    The petitioner has failed to satisfy the requirements of next friend standing, see Whitmore v. Arkansas, 495 U.S. 149, 163-64 (1990), and accordingly, the petitioner's motion to re-open the case is **denied**.

SO ORDERED.
Dated:   New York, New York
        October 29, 2024

                                            _____
                                              John G. Koeltl
                                          United States District Judge