United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

**Distribution of Instructions & Forms for Pro Se / Prisoner Cases**

**Federal Habeas Corpus 2241**

\_X\_ Acknowledgment and Notice of Appearance
\_X\_ Docketing Notice
\_X\_ Docket Report
\_X\_ How to File a Habeas Corpus Petition
\_X\_ How to Appeal as a Pro Se Party
\_X\_ Form D-P
\_X\_ T-1080 Form
\_X\_ Financial Affidavit
\_X\_ Certificate of Service
\_X\_ Format Motion
\_X\_ Format Brief
\_X\_ Format Appendix
\_X\_ Pro se Scheduling Notification
\_X\_ Form 6 Certificate of compliance
\_\_\_ Form 7 Declaration of Inmate Filing